

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2020

No. 04-20-00066-CV

**IN THE INTEREST OF A.R., M.R., K.G.D.R., CHILDREN**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00255
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

On March 18, 2020, this court issued an opinion and order dismissing this appeal for lack of jurisdiction because the trial court had not entered a final, appealable order. On March 25, 2020, the trial court clerk filed a supplemental clerk's record, which contains a final order signed by the trial court on February 26, 2020. Accordingly, on the court's own motion, we WITHDRAW our opinion and order dated March 18, 2020, and REINSTATE this appeal. Appellant's brief is due no later than twenty days from the date of this order.[1]

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court

---

[1] This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. Here, because the notice of appeal was prematurely filed, the notice of appeal is deemed filed on February 26, 2020, which is the date the trial court signed the final order. *See* TEX. R. APP. P. 27.1(a).